IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00519-WYD

JESSICA HERSH, individually and as mother and next friend of Raphael McPhee, a minor,

    Plaintiffs,

v.

ECONOMY PREMIER ASSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On April 2, 2009, I entered an Order remanding this case to the Boulder County District Court. Later that day, Plaintiff filed a Motion for Leave to Amend Petition for Removal (docket #7). In light of the fact that this case has been remanded to the Boulder County District Court, I find that the pending Motion for Leave (docket #7) is **DENIED AS MOOT.**

    Dated: April 3, 2009